KOH
RM: USAO 2023R00756

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 24-cr-00187-LKG |
| | * | |
| | * | (Aggravated Sexual Abuse of a Minor, |
| FODE SITAFA MARA, | * | 18 U.S.C. § 2241(c); Coercion and |
| | * | Enticement of a Minor, 18 U.S.C. |
| Defendant | * | § 2422(b); Obstruction of Justice, 18 |
| | * | U.S.C. § 1512(c)(2); Forfeiture, |
| | * | 18 U.S.C. §§ 2253 and 2428, 21 U.S.C. |
| | * | § 853(p), 28 U.S.C. § 2461(c)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
### (Aggravated Sexual Abuse of a Minor)

The Grand Jury for the District of Maryland charges that:

On or about May 13, 2023, through on or about May 20, 2023, within the Special Maritime and Territorial Jurisdiction of the United States in Ouagadougou, Burkina Faso, the defendant,

**FODE SITAFA MARA**,

a U.S. citizen, whose last known U.S. residence was in Takoma Park, Maryland, within the District of Maryland, did knowingly cause and attempt to cause Minor Victim 1, then 15 years old and more than four years younger than **MARA**, to engage in a sexual act by using force against Minor Victim 1.

18 U.S.C. § 2241(c)

## COUNT TWO
### (Aggravated Sexual Abuse of a Minor)

The Grand Jury for the District of Maryland further charges that:

On or about October 24, 2023, within the Special Maritime and Territorial Jurisdiction of the United States in Ouagadougou, Burkina Faso, the defendant,

**FODE SITAFA MARA**,

a U.S. citizen, whose last known U.S. residence was in Takoma Park, Maryland, within the District of Maryland, did knowingly cause and attempt to cause Minor Victim 1, then 15 years old and more than four years younger than **MARA**, to engage in a sexual act by using force against Minor Victim 1.

18 U.S.C. § 2241(c)

## COUNT THREE
### (Coercion and Enticement of a Minor)

The Grand Jury for the District of Maryland further charges that:

On or about November 12, 2023, within the Special Maritime and Territorial Jurisdiction of the United States in Ouagadougou, Burkina Faso, the defendant,

**FODE SITAFA MARA**,

a U.S. citizen whose last known U.S. residence was in Takoma Park, Maryland, within the District of Maryland, did knowingly attempt to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years—that is, Minor Victim 1—to engage in sexual activity with **MARA**, for which **MARA** could be charged with a criminal offense.

18 U.S.C. § 2422(b)

## COUNT FOUR
### (Aggravated Sexual Abuse of a Minor)

The Grand Jury for the District of Maryland further charges that:

On or about November 5, 2022, and through on or about February 18, 2023, within the Special Maritime and Territorial Jurisdiction of the United States in Ouagadougou, Burkina Faso, the defendant,

**FODE SITAFA MARA,**

a U.S. citizen, whose last known U.S. residence was in Takoma Park, Maryland, within the District of Maryland, did knowingly cause and attempt to cause Minor Victim 2, then 13 years old and more than four years younger than **MARA**, to engage in a sexual act by using force against Minor Victim 2.

18 U.S.C. § 2241(c)

## COUNT FIVE
### (Aggravated Sexual Abuse of a Minor)

The Grand Jury for the District of Maryland further charges that:

On or about November 5, 2022, through on or about March 8, 2023, within the Special Maritime and Territorial Jurisdiction of the United States in Ouagadougou, Burkina Faso, the defendant,

### FODE SITAFA MARA,

a U.S. citizen, whose last known U.S. residence was in Takoma Park, Maryland, within the District of Maryland, did knowingly cause and attempt to cause Minor Victim 2, then 13 years old and more than four years younger than **MARA**, to engage in a sexual act by using force against Minor Victim 2.

18 U.S.C. § 2241(c)

## COUNT SIX
### (Aggravated Sexual Abuse of a Minor)

The Grand Jury for the District of Maryland further charges that:

On or about October 2023, within the Special Maritime and Territorial Jurisdiction of the United States in Ouagadougou, Burkina Faso, the defendant,

**FODE SITAFA MARA,**

a U.S. citizen, whose last known U.S. residence was in Takoma Park, Maryland, within the District of Maryland, did knowingly cause and attempt to cause Minor Victim 2, then 14 years old and more than four years younger than **MARA**, to engage in a sexual act by using force against Minor Victim 2.

18 U.S.C. § 2241(c)

## COUNT SEVEN
### (Obstruction of Justice)

The Grand Jury for the District of Maryland further charges that:

On or about November 13, 2023, within the Special Maritime and Territorial Jurisdiction of the United States in Ouagadougou, Burkina Faso, the defendant,

**FODE SITAFA MARA,**

a U.S. citizen, whose last known U.S. residence was in Takoma Park, Maryland, within the District of Maryland, did attempt to corruptly obstruct, influence, and impede any official proceeding.

18 U.S.C. § 1512(c)(2)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 2253 and 2428, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction of any of the offenses set forth Counts One through Six of this Indictment.

### Child Pornography Forfeiture

2. Pursuant to 18 U.S.C. § 2253, upon conviction of any of the offenses set forth in Counts One, Two, or Four through Six of this Indictment, the defendant,

**FODE SITAFA MARA,**

shall forfeit to the United States:

    a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, or 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

### Coercion and Enticement Forfeiture

3.   Pursuant to 18 U.S.C. § 2428(a), upon conviction of the offense set forth in Count Three of this Indictment, the defendant,

### FODE SITAFA MARA,

shall forfeit to the United States:

    a.   Any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such offenses; and

    b.   Any property, real or personal, constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as a result of such offenses.

### Substitute Assets

4.   If any of the property described above, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
18 U.S.C. § 2428
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

ℇℒℬ *(signature)*

Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

6-6-24
Date