United States of America

vs.

Fode Sitafa Mara

FILED ___ ENTERED
LOGGED ___ RECEIVED

AUG 2 1 2025

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY HC                          DEPUTY

Criminal No. LKG-24-0187                                    Government's Exhibits

| Exhibit No. | Identification | Admitted  | Description    |
|-------------|----------------|-----------|----------------|
| 1           | 8/21/2025      | 8/21/2025 | Lease agreement |
| 2           | 8/21/2025      | 8/21/2025 | Lease cable    |
| 3           | 8/21/2025      | 8/21/2025 | Memorandum MV1 |
| 4           | 8/21/2025      | 8/21/2025 | Memorandum MV2 |
|             |                |           |                |
|             |                |           |                |
|             |                |           |                |
|             |                |           |                |
|             |                |           |                |
|             |                |           |                |
|             |                |           |                |

Exhibit List (Rev. 3/1999)