IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. LKG-24-187** |
| | * | |
| **FODE SITAFA MARA,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | * | |
| | ****** | |

## PROPOSED ORDER

On this ___ day of _____, 2025, the Court, having considered the Government's Motion *in Limine* Precluding Evidence of Age of Consent in Burkina Faso, HEREBY ORDERS that the Government's Motion is GRANTED.

_____
HONORABLE LYDIA KAY GRIGGSBY
United States District Judge