IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO. LKG-24-187 |
| FODE SITAFA MARA, | |
| Defendant. | |

## GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| 1 | Photograph – Mara House Outside White Gate | 10/23/2025 | 10/23/2025 |
| 2 | Photograph – Mara House Guard Booth | 10/23/2025 | 10/23/2025 |
| 3 | Photograph – Mara Garage and Satellite | 10/23/2025 | 10/23/2025 |
| 4 | Photograph – Mara House Front Right Side | | |
| 5 | Photograph – Mara House Front Silver Door | 10/23/2025 | 10/23/2025 |
| 6 | Photograph – Mara House Living Room Area | 10/23/2025 | 10/23/2025 |
| 7 | Photograph – Housekeeper Bedroom Wide Shot | 10/24/2025 | 10/24/2025 |
| 8 | Photograph – Housekeeper Bathroom Wide Shot | 10/24/2025 | 10/24/2025 |
| 9 | Photograph – Condom Floating in Toilet | 10/24/2025 | 10/24/2025 |
| 10 | Photograph – Condom in Agent Hand | 10/24/2025 | 10/24/2025 |
| 11 | Photograph – Condom in Agent Hand | 10/24/2025 | 10/24/2025 |
| 12 | Residence 640 Diagram | 10/24/2025 | 10/24/2025 |
| 13 – 20 | Intentionally Omitted | | |
| 21 | Photograph – Kabre Home Street | | |

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| 22 | Photograph – Kabre Home Brown Gate from Afar | | |
| 23 | Photograph – Kabre Home Outside Brown Gate | | |
| 24 | Photograph – Kabre Home White Door | | |
| 25 | Photograph – Kabre Home White Door Open | 10/27/2025 | 10/27/2025 |
| 26 | Photograph – Kabre Home Bed | 10/27/2025 | 10/27/2025 |
| 27 | Photograph – Minors at Home Smiling | 10/23/2025 | 10/23/2025 |
| 28 | Photograph – Minors at Home Head Turned | | |
| 29 – 30 | Intentionally Omitted | | |
| 31 | Photograph – Bedroom Bed from Afar | 10/23/2025 | 10/23/2025 |
| 32 | Photograph – Bedroom Bed Up Close | 10/23/2025 | 10/23/2025 |
| 33 | Photograph – Bedroom Dressers | 10/23/2025 | 10/23/2025 |
| 34 | Photograph – Bathroom Tub from Bedroom | 10/23/2025 | 10/23/2025 |
| 35 | Photograph – Bathroom Tub | 10/23/2025 | 10/23/2025 |
| 36 | Photograph – Toilet from Afar | 10/23/2025 | 10/23/2025 |
| 37 | Photograph – Condom in Toilet Floating | 10/23/2025 | 10/23/2025 |
| 38 – 40 | Intentionally Omitted | | |
| 41 | Ouagadougou P 640 Lease Agreement March 1, 2017 to February 28, 2027 | 10/24/2025 | 10/24/2025 |
| 42 | Security briefing Acknowledgement Form-Fode Mara-August 22,2022 | 10/24/2025 | 10/24/2025 |
| 43 | Out of Town Notifications – ALL | 10/24/2025 | 10/24/2025 |
| 44 | 01-16-2023 Logbook Entry – Translated | 10/24/2025 | 10/24/2025 |
| 45 | 04-20-2023 Logbook Entry – Translated | 10/24/2025 | 10/24/2025 |

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| 46 | 05-13-2023 Logbook Entry – Translated | 10/24/2025 | 10/24/2025 |
| 47 | 05-27-2023 Logbook Entry – Translated | 10/24/2025 | 10/24/2025 |
| 48 | 05-31-2023 Logbook Entry – Translated | 10/24/2025 | 10/24/2025 |
| 49 | 07-12-2023 Logbook Entry – Translated | 10/24/2025 | 10/24/2025 |
| 50 | 08-02-2023 Logbook Entry – Translated | 10/24/2025 | 10/24/2025 |
| 51 | 10-4 and 10-8-2023 Logbook Entries – Translated | 10/24/2025 | 10/24/2025 |
| 52 | 10-23 to 10-26-2023 Logbook Entries – Translated | 10/24/2025 | 10/24/2025 |
| 53 | 11-12 to 11-13-2023 Logbook Entries – Translated | 10/24/2025 | 10/24/2025 |
| 54 | 12-23-2022 Logbook – Translated | 10/24/2025 | 10/24/2025 |
| 55 – 60 | Intentionally Omitted | | |
| 61 | RK Birth Certificate | 10/24/2025 | 10/24/2025 |
| 61A | RK Birth Certificate – Translated | 10/24/2025 | 10/24/2025 |
| 62 | AK Birth Certificate | 10/24/2025 | 10/24/2025 |
| 62A | AK Birth Certificate - Translated | 10/24/2025 | 10/24/2025 |
| 63 – 65 | Intentionally Omitted | | |
| 66 | Intentionally Omitted | | |
| 67 | Voter Profile | 10/24/2025 | 10/24/2025 |
| 68 | Maryland State Board of Elections Certification | 10/24/2025 | 10/24/2025 |
| 69 | Mara Certified Driving Record | 10/24/2025 | 10/24/2025 |
| 70 – 71 | Intentionally Omitted | | |
| 72 | MVA Certification | 10/24/2025 | 10/24/2025 |
| 73 | Mara SF-85 amd PSS ROI | | |

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| 74 – 75 | Intentionally Omitted | | |
| 76 | Facebook Photograph of Maras and Kabres | 10/23/2025 | 10/23/2025 |
| 77 | Orange Money Transactions | | |
| 78 | Orange Money Text Confirmation SALI | 10/24/2025 | 10/24/2025 |
| 79 – 80 | Intentionally Omitted | | |
| 81 | V1 Letter | 10/27/2025 | 10/27/2025 |
| 81A | V2 Letter – Translated | 10/28/2025 | 10/28/2025 |
| 82 | V2 Letter | 10/27/2025 | 10/28/2025 |
| 82A | V1 Letter - Translated | 10/27/2025 | 10/27/2025 |
| 83 | V1 August 22, 2025 Letter | | |
| 83A | V1 August 22, 2025 Letter - Translated | | |
| 84 – 85 | Intentionally Omitted | | |
| 86 | 23OSI0006-P002 Cellebrite Report | | |
| 87 | 23OSI0006-P003 Cellebrite Report | 10/28/2025 | 10/28/2025 |
| 88 | 23OSI0006-P004 Cellebrite Report | | |
| 89 | 23OSI0007-P001 Cellebrite Report | 10/24/2025 | 10/24/2025 |
| 90 | 23OSI0007-P002 Cellebrite Report (Physical Disc) | 10/24/2025 | 10/24/2025 |
| 91 | Google Searches November 5, 2023 23OSI0007-P002 | 10/24/2025 | 10/24/2025 |
| 92 | Mara_Firefox History and Bookmarks | 10/24/2025 | 10/24/2025 |
| 93 | Extraction report | 10/28/2025 | 10/28/2025 |
| 94 | Extraction report | 10/28/2025 | 10/28/2025 |
| 95 | Google subscriber information | 10/28/2025 | 10/28/2025 |

| 96 | Google – Certificate of Authenticity | 10/28/2025 | 10/28/2025 |
|---|---|---|---|
| 97-100 | Intentionally Omitted | | |
| 101 | WhatsApp Chats Between Mara and A | 10/27/2025 | 10/27/2025 |
| 102 | Facebook messages | 10/29/2025 | 10/29/2025 |
| 103 | Chats Between Mara (Personal Phone) and A | | |
| 104 | Chats Between Mara (Personal Phone) and R | 10/27/2025 | 10/27/2025 |
| 105 | Chats Between Mara (Work Phone) and A | 10/27/2025 | 10/27/2025 |
| 106 | Chats Between Mara (Work Phone) and K | | |
| 107 | Timeline of Combined Artifacts | 10/28/2025 | 10/28/2025 |
| 108 – 115 | Intentionally Omitted | | |
| 116 | Intentionally Omitted | | |
| 117 | fode3540 Records (Physical Disc) | | |
| 118 | fode3540 Preservation (Physical Disc) | | |
| 119 | sitafamara Records (Physical Disc) | | |
| 120 | sitafamara Preservation (Physical Disc) | | |
| 121 | Meta Certifications | | |
| 122 – 125 | Intentionally Omitted | | |
| 126 | Cellphone Data Stipulation | 10/24/2025 | 10/24/2025 |
| 127 | DNA Stipulation | OCT 29 2025 | OCT 29 2025 |
| 128 | Laptop Data Stipulation | 10/24/2025 | 10/24/2025 |
| 129 | Venue Stipulation | 10/24/2025 | 10/24/2025 |
| 130 – 135 | Intentionally Omitted | | |
| 136 | Photograph of Kids | 10/23/2025 | 10/23/2025 |

| 137 | Certificate of Translation | | |
|---|---|---|---|
| **ID1** | DNA Lab Report | 10/29/2025 | |
| **ID2** | DNA Notes and CoC (Physical Disc) | 10/29/2025 | |
| **ID3** | Video (Fode Mara Interrogation room) | 10/29/2025 | |
| **ID4** | Fode Mara Facebook account | 10/29/2025 | |