IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA :

v. : LKG 24-0187

FODE MARA :

## DEFENDANT'S EXHIBIT LIST

| EX. NO. | DESCRIPTION | I.D. | A.D. |
|---|---|---|---|
| 1. | Flores Text Message | | |
| 2. | Photograph - Dining Room 1 | 10/23/2025 | 10/23/2025 |
| 3. | Photograph - Dining Room 2 | 10/27/2025 | 10/27/2025 |
| 4. | Photograph - Sofa - 1 | 10/27/2025 | 10/27/2025 |
| 5. | Photograph - Sofa - 2 | 10/27/2025 | 10/27/2025 |
| 6. | Photograph - Sofa - 3 | 10/23/2025 | 10/23/2025 |
| 7. | Photograph - Sofa - Large Group | 10/27/2025 | 10/27/2025 |
| 8. | Photograph - Swimming Pool | 10/27/2025 | 10/27/2025 |
| 9. | Photograph By Fence - 2 people | | |
| 10. | Photograph by Fence - 3 people | | |
| 11. | Diplomatic Passport - Mara | | |
| 12. | US Passport - Mara | | |
| 13. | Guinea Passport - Mara | | |
| 14. | Photograph – By Swimming Pool | 10/23/2025 | 10/23/2025 |
| 15. | Photograph – In Swimming Pool | 10/23/2025 | 10/23/2025 |
| 16. | Photograph – Floor plan | 10/23/2025 | 10/23/2025 |
| 17. | Photograph – Courtroom | 10/27/2025 | |
| 18. | Photograph – Courtroom | 10/27/2025 | |
| 19. | Photograph – Courtroom | 10/27/2025 | |
| 20. | Photograph – Courtroom | 10/27/2025 | |
| 21. | Photograph – Courtroom | 10/27/2025 | |
| 22. | Video clip 1/clip 2 | 10/29/2025 | 10/29/2025 |